United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 23, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-50782
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

PAMELA PURSELY RICHARDSON,

                                        Defendant-Appellant.

--------------------

Appeal from the United States District Court
for the Western District of Texas
USDC No. W-02-CR-12-2

--------------------

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

     The attorney appointed to represent Pamela Pursely

Richardson has moved for leave to withdraw as counsel and has

filed a brief as required by Anders v. California, 386 U.S. 738

(1967).  Richardson has not filed a response to counsel's motion

and brief.  Our independent review of the record discloses no

nonfrivolous issue for appeal.  Accordingly, counsel's motion for

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.